02CR 20839

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF FLORIDA (Miami)

| UNITED STATES AIMERICA | CASE NO: 1:2-mj-07137-TEB-1 |
|---|---|
| Plaintiff, | |
| vs. | JUDGE: TED E. BANDSTRA |
| KEVIN BAPTISTE, | |
| Defendant. | |

FILED by ___ D.C.
DEC 11 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. - MIAMI

## MOTION FOR EARLY TERMINATION OF PROBATION

**COMES NOW** the Defendant, **KEVIN BAPTISTE** moves this Court for an **Order TERMINATING THE REMAINDER OF HIS PROBATION TERM**. As grounds for this Motion, Mr. Baptiste states as follows:

1. Mr. Baptiste was charged with, **CONSPERACY TO POSSESS WITH INTENT TO DISTRIBUTE CONCAINE.**

2. On April 8, 2003, Mr. Baptiste case concluded with a disposition of Guilty on count #1 and #3 of charges and was sentenced to a prison term of 195 months.

3. Mr. Baptiste was released from prison on March 16, 2013, and was immediately placed on probation upon his release. Defendant's Supervised Probation expires July 12, 2018.

4. Mr. Baptiste probation officer, Juan Nunez has no objections to the Motion for Early Termination of Probation, and reports that "all special terms and conditions have been met and he has had no problems with Mr. Baptiste" during his probation period.

5. Other grounds to be argued *ore tenus*.

**WHEREFORE**, Mr. Baptiste respectfully requests this Honorable Court grant this Motion for Early Termination of his probation.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was hand delivered the US State Attorney, Probation Officer Juan Nunez, and the US District Clerk of Court, 400 N. Miami Avenue, Miami, FL 33128, on this **11th**, day of **December**, 2015.

_____
KEVIN BAPTISTE, Pro Se
1896 SW 94th Avenue
Miramar, FL 33025
(786) 314-3538

IN THE UNITED STATES DISTRICT COURT

FOR THE SOUTHERN DISTRICT OF FLORIDA (Miami)

---

UNITED STATES AIMERICA
         Plaintiff,
vs.

KEVIN BAPTISTE,
         Defendant.
_____/

CASE NO:   1:2-mj-07137-TEB-1

JUDGE:   TED E. BANDSTRA

## ORDER

### MOTION FOR EARLY TERMINATION OF PROBATION

Defendant having presented to this Court a **MOTION FOR EARLY TERMINATION OF PROBATION**, and the Court having examined said Motion and otherwise being fully advised in the premises, it is therefore,

**ORDERED AND ADJUDGED** that said Motion is hereby:

GRANTED_____          DENIED_____

**DONE AND ORDERED** in the In the United States District Court for the Southern District of Florida, on this _____ day of _____ 2015.

_____
HON. TED E. BANDSTRA

Copies furnished to:
Clerk
State Attorney
Probation Officer
Defendant